AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schwab, Arthur J. | Western District of Pennsylvania | 06/14/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
700 Grant Street, Suite 7280
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary and member of the Board of Trustees (non-compensated) | Grove City College |
| 2. | Faculty member (non-compensated) | University of Virginia School of Law - Trial Advocacy Program |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 07/11/91 | Single life annuity through a life insurance company through prior employer, Reed Smith LLP, beginning monthly on 01/01/2012. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 06/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 06/14/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ROLLOVER IRA NO. 1: | E | Int./Div. | O | T | | | | | |
| 2. -Fidelity Gov't Money Market | A | Int./Div. | | | Sold | 03/16/16 | M | A | |
| 3. -Baron Small Cap Fund | A | Int./Div. | | | Sold | 03/16/16 | K | D | |
| 4. -Artisan Small Cap Vale | A | Int./Div. | | | Sold | 03/16/16 | J | A | |
| 5. -Harbor International Fund | A | Int./Div. | | | Sold | 03/16/16 | K | D | |
| 6. -Dodge & Cox Int'l Fund | A | Int./Div. | | | Sold | 03/16/16 | K | A | |
| 7. -IShares US Treasury | A | Int./Div. | | | Sold | 03/16/16 | L | D | |
| 8. -(a) JP Morgan US Large Cap | A | Int./Div. | | | Sold | 03/16/16 | K | D | |
| 9. -AT&T | A | Int./Div. | | | Sold | 03/16/16 | K | C | |
| 10. -(a) Chevron Corp | A | Int./Div. | | | Sold | 03/16/16 | K | B | |
| 11. -(b) Chevron Corp | A | Int./Div. | | | Sold | 03/16/16 | K | B | |
| 12. -Coca Cola | A | Int./Div. | | | Sold | 03/16/16 | J | D | |
| 13. -(a) ConocoPhillips | A | Int./Div. | | | Sold | 03/16/16 | J | A | |
| 14. -(b) Conoco Phillips | A | Int./Div. | | | Sold | 03/16/16 | J | A | |
| 15. -Consolidated Edison | A | Int./Div. | | | Sold | 03/16/16 | J | D | |
| 16. -(a) Exxon Mobil | A | Int./Div. | | | Sold | 03/16/16 | K | C | |
| 17. -(b) Exxon Mobil | A | Int./Div. | | | Sold | 03/16/16 | K | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -(a) Intel Corp | A | Int./Div. | | | Sold | 03/16/16 | K | D | |
| 19. -(b) Intel Corp | A | Int./Div. | | | Sold | 03/16/16 | K | D | |
| 20. -(a) Johnson & Johnson | A | Int./Div. | | | Sold | 03/16/16 | K | E | |
| 21. -(b) Johnson & Johnson | A | Int./Div. | | | Sold | 03/16/16 | K | E | |
| 22. -(c) Johnson & Johnson | A | Int./Div. | | | Sold | 03/16/16 | K | E | |
| 23. -Kimberly-Clark Corp. | A | Int./Div. | | | Sold | 03/16/16 | K | D | |
| 24. -Lilly Eli & Co. | A | Int./Div. | | | Sold | 03/16/16 | K | D | |
| 25. -McDonalds Corp. | A | Int./Div. | | | Sold | 03/16/16 | K | D | |
| 26. -(a) Microsoft Corp. | A | Int./Div. | | | Sold | 03/16/16 | K | D | |
| 27. -(b) Microsoft Corp. | A | Int./Div. | | | Sold | 03/16/16 | K | D | |
| 28. -Pepsico Inc. | A | Int./Div. | | | Sold | 03/16/16 | K | D | |
| 29. -(a) Procter & Gamble Co. | A | Int./Div. | | | Sold | 03/16/16 | K | C | |
| 30. -(b) Procter & Gamble Co. | A | Int./Div. | | | Sold | 03/16/16 | K | C | |
| 31. -(a) United Technologies Corp. | A | Int./Div. | | | Sold | 03/16/16 | K | D | |
| 32. -(b) United Technologies Corp. | A | Int./Div. | | | Sold | 03/16/16 | K | D | |
| 33. -Verizon Communications Inc. | A | Int./Div. | | | Sold | 03/16/16 | K | E | |
| 34. -JP Morgan Chase & Co. | A | Int./Div. | | | Sold | 03/16/16 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Schwab, Arthur J. | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -United Health Group | A | Int./Div. | | | Sold | 03/16/16 | K | E | |
| 36.  -Fideltiy Advisor Floating High Income Fund | A | Int./Div. | | | Sold | 03/16/16 | J | A | |
| 37.  -Goldman Sachs Grth Oppor | A | Int./Div. | | | Sold | 03/16/16 | J | A | |
| 38.  -Morgan Stanley Bond - due 05/13/19 | A | Int./Div. | | | Sold | 03/16/16 | K | A | |
| 39.  -Merck | A | Int./Div. | | | Sold | 03/16/16 | J | C | |
| 40.  -Templeton Global Bond Fund | A | Int./Div. | | | Sold | 03/16/16 | K | A | |
| 41.  -IShares IBOXX Investment Grade Corp Bd Fd | A | Int./Div. | | | Sold | 03/16/16 | K | A | |
| 42.  -Harding Loevner Emerging Mkt Fund | A | Int./Div. | | | Sold | 03/16/16 | J | A | |
| 43.  -Pfizer Inc. | A | Int./Div. | | | Sold | 03/16/16 | K | A | |
| 44.  -Apple Inc. | A | Int./Div. | | | Sold | 03/16/16 | K | A | |
| 45.  -Lockheed Martin Corp. | A | Int./Div. | | | Sold | 03/16/16 | K | B | |
| 46.  -Wells Fargo Co. | A | Int./Div. | | | Sold | 03/16/16 | K | A | |
| 47.  -Metropolitian West Bond Fund | A | Int./Div. | | | Sold | 03/16/16 | K | A | |
| 48.  -Fidelity 500 Index Fund | B | Int./Div. | M | T | Buy | 03/29/16 | M | | |
| 49.  -Fidelity Contrafund | C | Int./Div. | M | T | Buy | 03/29/16 | M | | |
| 50.  -Fidelity Small Cap Index Fund | A | Int./Div. | K | T | Buy | 03/29/16 | K | | |
| 51.  -Fidelity Mid Cap Index Fund | A | Int./Div. | K | T | Buy | 03/29/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Morgan Stanley Bond | B | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 53. -Potash Corp Bond | A | Int./Div. | J | T | Buy | 04/11/16 | J | | |
| 54. -Bank Amer Corp Bond | A | Int./Div. | J | T | Buy | 04/11/16 | J | | |
| 55. -Lincoln Natl Corp Bond | A | Int./Div. | J | T | Buy | 04/11/16 | J | | |
| 56. -Halliburton Co Bond | A | Int./Div. | J | T | Buy | 04/11/16 | J | | |
| 57. -AT&T Bond | A | Int./Div. | J | T | Buy | 04/11/16 | J | | |
| 58. -Lincoln Natl Corp Bond | B | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 59. -Cigna Corp Bond | B | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 60. -Carnival Corp Bond | A | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 61. -CSX Corp Bond | A | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 62. -Dominion Gas Bond | A | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 63. -Tyco Electronics Bond | A | Int./Div. | K | T | Buy | 04/11/16 | L | | |
| 64. -American Intl Group Bond | A | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 65. -AT&T Inc Bond | A | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 66. -Nordstrom Inc Bond | A | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 67. -Kerncity Bond | A | Int./Div. | K | T | Buy | 04/11/16 | K | | |
| 68. INVESTMENT ACCOUNT NO. 1 | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 06/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Oneok Partners Bond | A | Int./Div. | J | T | Buy | 08/05/16 | J | | |
| 70. -Humana Inc Bond | A | Int./Div. | J | T | Buy | 08/05/16 | J | | |
| 71. -Cardinal Health Bond | A | Int./Div. | J | T | Buy | 08/05/16 | J | | |
| 72. -Xerox Corp Bond | A | Int./Div. | J | T | Buy | 08/05/16 | J | | |
| 73. -Potash Corp Bond | A | Int./Div. | J | T | Buy | 08/05/16 | J | | |
| 74. -EMC Corp Bond | A | Int./Div. | J | T | Buy | 08/05/16 | J | | |
| 75. -Purdential Fin Bond | A | Int./Div. | J | T | Buy | 08/05/16 | J | | |
| 76. -Stifel Fin Bond | A | Int./Div. | J | T | Buy | 08/05/16 | J | | |
| 77. -Amer Int'l Grp Bond | A | Int./Div. | J | T | Buy | 08/05/16 | J | | |
| 78. -Kinder Morgan Energy Bond | A | Int./Div. | J | T | Buy | 08/05/16 | J | | |
| 79. -Best Buy Bond | A | Int./Div. | J | T | Buy | 08/05/16 | J | | |
| 80. -Rio Tinto Finance Bond | A | Int./Div. | J | T | Buy | 08/05/16 | J | | |
| 81. -Carnival Corp Stock (CCL) | A | Int./Div. | J | T | Buy | 02/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J. | 06/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur J. Schwab**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544